ACCEPTED
03-15-00044-CV
5420914
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/26/2015 3:47:10 PM
JEFFREY D. KYLE
CLERK

No. 03-15-00044-CV

## In the Court of Appeals for the Third Judicial District Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/26/2015 3:47:10 PM
JEFFREY D. KYLE
Clerk

TEXAS DEPARTMENT OF CRIMINAL JUSTICE,

*Appellant,*

v.

MAURIE LEVIN, NAOMI TERR, AND HILARY SHEARD,

*Appellees.*

On Appeal from the
201st Judicial District Court of Travis County, Texas

## UNOPPOSED MOTION TO EXTEND TO JUNE 8, 2015, THE DEADLINE TO FILE APPELLANT'S OPENING BRIEF, DUE TO RECENT SEVERE WEATHER IN CENTRAL TEXAS

Pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6, Appellant Texas Department of Criminal Justice requests a 10-day extension of the deadline to file Appellant's opening brief. Two prior 30-day unopposed extensions of this deadline have been received. This extension request is *not opposed.*

The opening brief is currently due May 27, 2015. The requested extension, if granted, would make the brief due on or before June 8, 2015.

There is good reason to grant the requested extension, which is not sought for any improper purpose. On Memorial Day, May 25, 2015, Central Texas experienced extremely severe weather. *See, e.g.*, AUSTIN AM. STATESMAN, *Austin flooding: May 25, 2015*, at http://www.statesman.com/weather/austin-flooding-reader-videos-052515/ (last visited May 26, 2015). Unfortunately, undersigned counsel's home was affected by the severe weather, necessitating an immediate, significant investment of time and effort by undersigned counsel to address the situation. The requested extension will permit counsel to try to address the situation as needed.

## PRAYER

For these reasons, the Court should extend to June 8, 2015, the deadline for filing Appellant's opening brief.

Respectfully submitted.

KEN A. PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

SCOTT A. KELLER
Solicitor General

 /s/ Richard B. Farrer
RICHARD B. FARRER
Assistant Solicitor General
State Bar No. 24055470
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC 059)
Austin, Texas  78711-2548
Tel.: (512) 936-1823
Fax: (512) 474-2697
richard.farrer@texasattorneygeneral.gov

COUNSEL FOR APPELLANT TEXAS DEPARTMENT
OF CRIMINAL JUSTICE

3

## CERTIFICATE OF CONFERENCE

I certify that I conferred by email and telephone with counsel for Appellees, Philip Durst, who indicated that this motion is not opposed.

/s/ Richard B. Farrer
Richard B. Farrer
*Counsel for Appellant*

## CERTIFICATE OF SERVICE

On May 26, 2015, the foregoing document was served via File & ServeXpress and e-mail on counsel for Appellees:

Philip Durst
Manuel Quinto-Pozos
DEATS, DURST, OWEN & LEAVY, PLLC
1204 San Antonio, Suite 203
Austin, Texas 78701
[Tel] (512) 474-6200
[Fax] (512) 474-7896
pdurst@ddollaw.com
mqp@ddollaw.com

Maurie Amanda Levin
LAW OFFICE OF MAURIE LEVIN
614 South 4th St. #346
Philadelphia, Pennsylvania 19147
[Tel] (512) 294-1540
[Fax] (215) 733-9225
maurielevin@gmail.com

/s/ Richard B. Farrer
Richard B. Farrer
*Counsel for Appellant*